UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CHRISTOPHER WALTERS | Case No. CR09-0256JLR<br><br>ORDER ON MOTION FOR SENTENCE REDUCTION UNDER 18 U.S.C. § 3582(c)(1)(A)<br><br>(COMPASSIONATE RELEASE) |

Upon motion of the defendant for a reduction in sentence under 18 U.S.C. § 3582(c)(1)(A), and after considering the applicable factors provided in 18 U.S.C. § 3553(a), IT IS ORDERED that the motion is DENIED after complete review of the motion on the merits.

The court conducted a complete review of the motion (Dkt. # 166). Factors considered include: Defendant's age; Defendant's release situation; Probation's Compassionate Release Investigation; the BOP facility where Defendant is housed and the operating procedures utilized there; the § 3553(a) factors; Defendant's 168 month sentence; and Defendant's substantial efforts towards rehabilitation. The court is not able to find extraordinary and compelling reasons to support the motion. Therefore, the motion (Dkt. # 166) is DENIED.

IT IS SO ORDERED.

Dated: April 28, 2021.

JAMES L. ROBART
United States District Judge